Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
BRODSKY SMITH
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON STEFAN FREEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>M.W. REID WELDING, INC. d/b/a<br>SOUTH BAY WELDING,<br><br>Defendant. | **Case No.: 3:22-cv-01553-RSH-DDL**<br><br>**JOINT MOTION OF PARTIES FOR ORDER TO ENTER CONSENT DECREE**<br><br>Complaint Filed:  October 11, 2022 |

Plaintiff Clayton Stefan Freeman ("Plaintiff") and Defendant M.W. Reid Welding, Inc. d/b/a South Bay Welding (the "Defendant", together with Plaintiff, the "Parties") by and through their respective counsel of record hereby jointly move as follows:

WHEREAS on July 25, 2022, Plaintiff provided Defendant and all relevant government entities with a Notice of Violations and Intent to File Suit (the "Notice") under the Clean Water Act § 505, 33 U.S.C. § 1365;

WHEREAS, on October 11, 2022, Plaintiff filed a complaint against Defendant in this Court, *Clayton Stefan Freeman v. M.W. Reid Welding, Inc. d/b/a South Bay Welding* (Case No. 3:22-cv-01553-RSH-DDL) (the "Complaint") [Dkt.

1]. The Complaint incorporates by reference all of the allegations contained in the Notice;

WHEREAS, Plaintiff and Defendant, through their authorized representatives and without either adjudication of Plaintiff's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of Plaintiff as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the [Proposed] Consent Decree (and exhibits thereto) entered into by and between Plaintiffs and Defendant is attached hereto as Exhibit 1 and incorporated by reference.[1] The [Proposed] Consent Decree also is being lodged contemporaneously with this joint motion for entry;

WHEREAS, on April 3, 2023, the [Proposed] Consent Decree was submitted via certified mail, return receipt requested to the U.S. EPA and the U.S. Department of Justice. Plaintiffs thereafter, also on April 3, 2023, caused a Notice to be filed with the Court communicating that no entry of settlement could take place until the Department of Justice's 45-Day Federal Agency Review Period was concluded [Dkt. 15];

WHEREAS, on April 4, 2023, the Department of Justice advised the Parties that it received the [Proposed] Consent Decree on April 3, 2023 and informed the Parties that it was the Department of Justice's position that it had until May 18, 2023 to review the [Proposed] Consent Decree. Plaintiffs thereafter, also on April 4, 2023, caused an updated Notice to be filed with the Court communicating the Department of Justice's position that its 45-Day Federal Agency Review Period ran until May 18, 2023 [Dkt. 16];

WHEREAS, as of May 22, 2023, the date of this filing and after the lapse of the Department of Justice's 45-Day Federal Agency Review Period, the Department

---

[1] Also attached hereto as Exhibit 2, is a true and correct copy of a letter from the Non-Profit entity Council for Watershed Health, regarding funds it will receive under the terms of the [Proposed] Consent Decree in the form of a supplemental environmental project.

of Justice has not, via communications to the Parties or via filing with this Court, objected to the Court's entry of the [Proposed] Consent Decree.

NOW THEREFORE, THE PARTIES HEREBY JOINTLY MOVE and agree to, by and between the Parties, that the [Proposed] Consent Decree should be entered by the Court.

Respectfully Submitted,

Dated: May 22, 2023                    BRODSKY SMITH

By: */s/ Evan J. Smith*
Evan J. Smith (SBN 242352)
Ryan P. Cardona (SBN 302113)

*Attorneys for Plaintiff*

Dated: May 22, 2023                    ENVIRONMENTAL LAW GROUP LLP
VARCO & ROSENBAUM

By: */s/ S. Wayne Rosenbaum*
S. Wayne Rosenbaum (SBN 182456)

*Attorneys for Defendant*

JOINT MOTION OF PARTIES FOR ORDER TO ENTER CONSENT DECREE